IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID CALHOUN, 3158430,          )
                                 )
        Petitioner,              )
v.                               )        CASE NO.  2:11-cv-0725-TMH
                                 )                  WO
LEON FORNISS, *et al.,*          )
                                 )
        Respondents.             )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1.  The petitioner's objection (Doc. #7 ) to the Recommendation of the Magistrate

Judge filed on October 12, 2011 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #6) filed on September 26,

2011 is adopted;

3.  The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Calhoun is

DENIED and this cause of action is DISMISSED in accordance with the provisions of 28

U.S.C. § 2244(b)(3)(A), because Calhoun has failed to obtain the requisite order from the

Eleventh Circuit Court of appeals authorizing a federal district court to consider his

successive habeas application.

DONE this the 19th  day of October, 2011.

                            /s/ Truman M. Hobbs
                    SENIOR UNITED STATES DISTRICT JUDGE